In the Matter of EATERIES, INC., Petitioner, v. THOMAS F. RING et al., Constituting the STATE LIQUOR AUTHORITY, Respondents.—

Rabin, P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur.

THIRD DEPARTMENT, FEBRUARY, 1971

(February 3, 1971)

In the Matter of the Designation of J. CLARENCE HERLIHY, PRESIDING JUSTICE, SUPREME COURT, APPELLATE DIVISION, THIRD JUDICIAL DEPARTMENT, as a Member of the Court on the Judiciary.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.